# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRENNEN KYLE VANSICKEL

NO. 2026 KW 0921

**JULY 29, 2026**

---

In Re:   Brennen Kyle Vansickel, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 51199.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT